O

**CC: Fiscal**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barry Rosen,<br><br>            Plaintiff,<br><br>    vs.<br><br>Overstock.com, Inc., Roy Bright, et al.,<br><br>            Defendants. | CV 11-4465-RSWL (AJWx)<br><br>**ORDER Re: Plaintiff's Application for Entry of Default Judgment by the Court [12]** |

On October 12, 2011, Plaintiff Barry Rosen's Application for Entry of Default Judgment [12] came on for regular calendar before the Court. The Court having reviewed all papers submitted pertaining to this Motion and having considered all arguments presented to the Court, **NOW FINDS AND RULES AS FOLLOWS:**

Plaintiff's Application for Default Judgment is hereby **GRANTED**. The Court finds that Plaintiff has satisfied all procedural requirements necessary under Local Rule 55-1 for entry of default judgment.

1

Specifically, the Court finds that on August 19, 2011, the clerk entered the default of Defendant Roy Bright; Defendant Roy Bright is not an infant or incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940; and Defendant Roy Bright did not appear in this action.  Further, the Court finds that the substantive factors set forth in <u>Eitel v. McCool</u>, 782 F.2d 1470 (9th Cir. 1986), weigh in favor of granting default judgment.  In addition, the Court finds that Defendant Bright committed acts of willful copyright infringement, thus an increased statutory damages award is appropriate under the Copyright Act § 504(c)(2).

THEREFORE, IT IS ORDERED that:

    Default judgment be entered against defendant Roy Bright for damages in the amount of $600,000.00 for his willful infringement of Plaintiff's copyrights, Plaintiff's actual attorney's fees in the amount of $5,200.00, and costs of suit in the amount of $458.80. This judgment shall bear interest at the judgment rate from the date of entry until paid.

**IT IS SO ORDERED.**

DATED: October 13, 2011.

                                    RONALD S.W. LEW

                              **HONORABLE RONALD S.W. LEW**
                              Senior, U.S. District Court Judge